**Opinion issued March 21, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————————

**NO. 01-22-00850-CV**

———————————————

**CURTIS SMITH, SR., Appellant**

**V.**

**WOODFOREST NATIONAL BANK D/B/A WOODFOREST MORTGAGE COMPANY, AND JP MORGAN CHASE BANK, N.A., Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-65300**

---

## MEMORANDUM OPINION

The parties have filed an agreed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.